IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A PAYNE,<br><br>    Petitioner,<br><br>v.<br><br>KELLY HARRINGTON,<br><br>    Respondent.     / | No. C 11-00960 CRB<br><br>**JUDGMENT** |

    Having denied the petition for writ of habeas corpus, dkt. 10, the Court hereby enters judgment for Respondent and against Petitioner.

    **IT IS SO ORDERED.**

Dated: March 16, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\960\Judgment.wpd